THOMAS FOY, PLAINTIFF-PETITIONER, v. DANIEL DAYKO, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 82 *N. J. Super.* 8.

*Mr. Maurice B. McLaughlin* for the petitioner.

*Mr. A. Henry Giordano* for the respondents.

March 16, 1964.   Denied.

SIDNEY PALEY, ET AL., PLAINTIFFS-PETITIONERS, v. BARTON SAVINGS AND LOAN ASSOCIATION, DEFEND-ANT-RESPONDENT.

See same case below: 82 *N. J. Super.* 75.

*Messrs. Gordon & Kanengiser* for the petitioners.

*Messrs. McGlynn, Stein & McGlynn* for the respondent.

March 16, 1964.   Denied.